PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:04CR05156-01 OWW** |
| ) | |
| **MARSHALL JAMES CLARK** ) | |
| ) | |

On March 28, 2005, the above-named was placed on supervised release (TSR) for a period of 3 years after being convicted of Bankruptcy Fraud and Attempt to Evade and Defeat a Tax. The offender was sentenced to 12 months and 1 day custody of the Bureau of Prisons (BOP). On March 15, 2006, the offender was released on TSR and has been supervised by the Fresno Office since that time.  While on supervised release, the offender has complied with the rules and regulations of supervision.  He satisfied his special assessment and has maintained full-time employment as well as cooperating with the Internal Revenue Service. Therefore, it is  recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Scott J. Waters

**Scott J. Waters
Senior United States Probation Officer**

Dated:     February 26, 2008
           Fresno, California


**REVIEWED BY:**     /s/ Bruce A. Vasquez
                    **Bruce A. Vasquez
                    Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:    CLARK, Marshall J.**
       **Docket Number:   1:04CR05156-01 OWW**
       **ORDER TERMINATING SUPERVISED RELEASE**
       **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:    March 12, 2008**                    **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE

Rev. 03/2005
PROB35.MRG